Form ODISMISSINGCH7.341.8/08

# UNITED STATES BANKRUPTCY COURT
Middle District of Louisiana

*Case No.:* 09−11025
*Chapter:* 13

*In Re: Debtor(s):*

| | |
|---|---|
| Patrick Lee Jones<br>18004 Timberview Drive<br>Prairieville, LA 70769 | Sharon Ann Jones<br>18004 Timberview Drive<br>Prairieville, LA 70769 |

*Social Security No.:*

xxx−xx−4617  xxx−xx−1545

*Employer's Tax I.D. No.:*

## ORDER OF DISMISSAL

    Considering the trustee's Proceeding Memorandum stating that the debtor(s) failed to attend the meeting of creditors, pursuant to §341(a),

    ***IT IS ORDERED*** that this case ***DISMISSED*** and the automatic stay is terminated.

    ***IT IS FURTHER ORDERED*** that the trustee will be discharged from and relieved of his or her trust upon closing of the case.

    Baton Rouge, Louisiana, 9/2/09.

    s/Douglas D. Dodd
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE